IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THOMAS REID DeCARLO,**       )
                               )
    Petitioner,            )
                               )
v.                             )   Civil No. 12-CV-639-DRH
                               )
**WENDY J. ROAL,**             )
                               )
    Respondent.            )

## JUDGMENT

This action came before the Court, Chief District Judge David R. Herndon, for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

**DATED**: August 15, 2012.

                        **NANCY J. ROSENSTENGEL, CLERK**

                        BY:   /s/ *Sandy Pannier*
                                        **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2012.08.15 16:29:09 -05'00'

APPROVED:

        Chief Judge
        United States District Court